RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/9/14

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SHARON MCCARTY,<br>    Appellant | CIVIL ACTION<br>1:13-CV-01247 |
| VERSUS | |
| U.S. COMMISSIONER OF<br>SOCIAL SECURITY,<br>    Appellee | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that final decision of the Commissioner is VACATED and McCarty's case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 9th day of July, 2014.

                                              JAMES T. TRIMBLE, JR.
                                              UNITED STATES DISTRICT JUDGE